B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF ALABAMA

In re: STANLEY H HOLLEY            Case No. 18-01704

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citibank, N.A., as trustee for CMLTI Asset Trust | 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 4950

Court Claim # (if known): 6-1
Amount of Claim: $179,591.36
Date Claim Filed: 07/09/2018

Phone: (800)365-7107
Last Four Digits of Acct. #: 5391

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 4950

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Hitesh Gavli            Date: 12/04/2019
   AIS Portfolio Services, LP as agent
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | | | |
|---|---|---|---|
| Case Name: | STANLEY H HOLLEY | Case No. | 18-01704 |
| | | Judge: | HENRY A. CALLAWAY |
| | | Chapter: | 13 |
| | Debtor(s). | | |

# CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 12/04/2019 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Citibank, N.A., as trustee for CMLTI Asset Trust filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 12/04/2019 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
STANLEY H HOLLEY
11796 ALDER DRIVE,
SPANISH FORT, AL 36527

I hereby certify that on 12/04/2019 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
DANIEL B O'BRIEN
PO BOX 1884,
MOBILE, AL 36633

Debtor's counsel:
ATTORNEY AT LAW
MARCUS A SEMMES
311 MAGNOLIA AVE SUITE 300,
FAIRHOPE, AL 36532

All Parties in Interest
All Parties requesting Notice

By: /s/ Hitesh Gavli
Hitesh Gavli, AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent